In Matter of Estate of Ida Sneider, Deceased.
Julius Sneider, Administrator of Estate of Ida Sneider,
Deceased, Appellee, v. Sallie Schwartz and Mary
Snyder, Appellants.

Gen. No. 46,710.

First District, First Division.

January 7, 1957.

Rehearing denied February 11, 1957.

Released for publication February 11, 1957.

Edward A. Sinden, for appellants; Jerome J. Nudelman, for appellee, Dan Brusslan, of counsel. JUDGE FRIEND delivered the opinion of the court. Not to be published in full.